United States District Court
Southern District of Texas
**ENTERED**
October 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-16-437 |
| DARWIN ENRIQUE PADRON-ACOSTA | § § § | **UNDER SEAL** |

## ORDER IMPOSING MONEY JUDGMENT

Defendant Darwin Enrique Padron-Acosta has pleaded guilty to Count 1 of the Information (Doc. 1), which charges him with conspiracy to violate the Foreign Corrupt Practices Act ("FCPA"), Title 15, United States Code, Section 78dd-2 and to commit money laundering, Title 18, United States Code, Section 1956, in violation of Title 18, United States Code, Section 371. In the Information, the United States provided notice to the Defendant that, in the event of conviction, the United States would seek to forfeit property that constitutes or is derived from proceeds traceable to the FCPA conspiracy or property involved in the money laundering conspiracy, and would also seek a money judgment.

As part of his guilty plea, the Defendant has agreed to the imposition of a money judgment for $9,052,397.73. The Defendant has agreed that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists, and

he has consented to the forfeiture orders becoming final as to him immediately, in accordance with Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure.

Pursuant to FED.R.CRIM.P. 32.2(b)(1), and based on the record in this case, the Court hereby ORDERS as follows:

1. It is ORDERED that Defendant Darwin Enrique Padron-Acosta shall forfeit $9,052,397.73 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $9,052,397.73.

2. It is ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 17th day of October 2016.

/Gray H. Miller/
United States District Judge